UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-------------------------------------------------------------X
BSD Management LLC,

                            *Plaintiff*,    Case No.: 2:22-cv-11763

        - against -    Hon. F. Kay Behm, U.S.D.J.

Eran Rozen, Mr. Frost Inc., Salpai Inc., and Bellas    **NOTICE OF MOTION**
& Wachowski,

                            *Defendants*.
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated May 12, 2023, together with the supporting together with the Declaration of Joshua Levin-Epstein, Esq. (the "Epstein Decl."), and the exhibit annexed thereto, Defendants Eran Rozen ("Rozen "), Mr. Frost Inc. ("Mr. Frost") and Salpai Inc. ("Salpai", and together with Rozen and Mr. Frost, collectively, the "Defendants"), by and through the undersigned counsel, will move this Court, the Honorable District Judge F. Kay Behm presiding, for an order: (i) to quash the subpoena served by the plaintiff BSD Management LLC (the "Plaintiff") on Rozen dated May 9, 2023 (the "Rozen Subpoena") [Dckt No. 61], pursuant to Federal Rules of Civil Procedure ("Fed.R.Civ.P.") 45; (ii) in the alternative, for a protective order, pursuant to Fed.R.Civ.P. 26(d)(1), (the "Motion to Vacate"), and (ii) for such other and further relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served on or before May 26, 2023, and Defendants' reply must be served on or before June 2, 2023.

Dated: New York, New York
May 12, 2023

                                          Respectfully Submitted,

                                          LEVIN EPSTEIN & ASSOCIATES, P.C.

                                          */s/ Joshua Levin-Epstein, Esq.*
                                          Joshua Levin-Epstein, Esq.
                                          60 East 42nd Street, Suite 4700
                                          New York, New York 10165
                                          Tel. No.: (212) 792-0046
                                          *Attorneys for Defendants Eran Rozen, Mr.*
                                          *Frost Inc., and Salpai Inc*

Cc:     All parties via ECF